Tanya McGary, SBN 236729
Jonathan Brown, Esq. SBN 350518
Attorneys for Mario Lewis
Legal Aid Foundation of Los Angeles
5211 E. Washington Blvd
Suite 2-457
Commerce, CA 90040
(213) 640-3875 (tel)
(213) 640-3911 (fax)
Email: tmgary@lafla.org

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Case No.: 2:25-cv-09171-ACCV

MARIO LEWIS,

PLAINTIFF,

V.

FRANK BISIGNANO,

COMMISSIONER OF SOCIAL

SECURITY,

DEFENDANT.

~~PROPOSED~~ ORDER AWARDIN
ATTORNEY FEES UNDER THE
EQUAL ACCESS TO JUSTICE
ACT, PURSUANT TO <u>28 U.S.C. §
2412(D)</u>, AND COSTS, PURSUANT
TO <u>28 U.S.C. § 1920</u>

     Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SEVEN THOUSAND TWO HUNDRED DOLLARS ($7,200), as authorized by <u>28 U.S.C. § 2412(d)</u>,

1

subject to the terms of the above-referenced Stipulation.  Any payment shall be delivered to Plaintiff's counsel, Tanya McGary, Legal Aid Foundation of Los Angeles.

Dated: April 27, 2026

HON. ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE

2